To: Court of Criminal Appeals

PD-0113-15

07-13-00034-CR

I'm writing of reference to my PDR. I need an extension of time because my unit went on lockdown in November and they have confiscated my legal mail. In order for me to do my PDR by February 8, 2015, They have confiscated my brief and the state's brief. I'm waiting for the property room to return my legal work.

Sincerely

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk